**No. 44228.**—Protest 925752–G of Philip Lien (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.